# COURT OF APPEALS
**SECOND DISTRICT OF TEXAS**
**FORT WORTH**


## NO. 02-11-00439-CV

EDEN COOPER, LP                                                                    APPELLANT

V.

CITY OF ARLINGTON, TEXAS;                                                  APPELLEES
JAMES HOLGERSSON; EDWARD
DRYDEN; SHERI CAPEHART; MEL
LEBLANC; AND KATHRYN
WILEMON

------------

FROM THE 348TH DISTRICT COURT OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have previously issued an opinion and judgment in this appeal. *See Eden Cooper, LP v. City of Arlington*, No. 02-11-00439-CV, 2012 WL 2428481 (Tex. App.—Fort Worth June 28, 2012, no pet. h.) (mem. op.). Appellant Eden Cooper, LP filed a motion for rehearing, and we requested a response to the motion. Appellant has now filed an unopposed motion to withdraw its motion for rehearing

---

[1]*See* Tex. R. App. P. 47.4.

and to dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1). In the motion, appellant represents that "all parties to this appeal have settled and compromised all claims between and among them." Accordingly, we grant appellant's motion to withdraw the motion for rehearing, withdraw our June 28, 2012 judgment, and dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).[2]

Costs of the appeal shall be paid by the party incurring the same, for which let execution issue. *See* Tex. R. App. P. 42.1(d), 43.4.

PER CURIAM

PANEL: LIVINGSTON, C.J.; GARDNER and GABRIEL, JJ.

DELIVERED: November 21, 2012

---

[2]Appellant has not requested that we withdraw our prior opinion in this appeal, and we decline to do so. *See* Tex. R. App. P. 42.1(c).